UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN MOSES,<br><br>   Petitioner,<br><br> v.<br><br>MARIN COUNTY, et al.,<br><br>   Respondent. | Case No. 22-cv-02655-HSG<br><br>**ORDER OF DISMISSAL** |

  Petitioner has filed a *pro se* habeas petition pursuant to 28 U.S.C. § 2254. On February 2, 2023, the Court dismissed the amended petition with leave to amend, and ordered Petitioner to file a second amended petition by March 3, 2023. Dkt. No. 13. On February 14, 2023, this order was returned to the Court as undeliverable. Dkt. No. 14. N.D. Cal. L.R. 3-11 provides that the Court may, without prejudice, dismiss a complaint when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* N.D. Cal. Civil L.R. 3-11(b). More than sixty days has passed since court mail addressed to Plaintiff was returned as undeliverable. Accordingly, the instant action is DISMISSED without prejudice pursuant to N.D. Cal. Civil L.R. 3-11.[1] The Clerk shall enter judgment in favor of Respondent and close the case.

  **IT IS SO ORDERED.**

Dated: 5/2/2023

              _____
              HAYWOOD S. GILLIAM, JR.
              United States District Judge

---

[1] Any motion to reopen this action must be accompanied by a second amended petition that addresses the deficiencies identified in the Second Order of Dismissal with Leave to Amend (Dkt. No. 13).