UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN MOSES,<br><br>        Petitioner,<br><br>v.<br><br>MARIN COUNTY, et al.,<br><br>        Respondent. | Case No. 22-cv-02655-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Court shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge